■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS THOMAS, Appellant. [748 NYS2d 667] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered May 30, 2001, convicting him of criminal possession of a controlled substance in the seventh degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention regarding the partial closure of the courtroom (*see* CPL 470.05 [2]; *People v Rodriguez*, 262 AD2d 428). In any event, under the circumstances of this case, the defendant was not denied his right to a public trial (*see People v Jones*, 96 NY2d 213; *People v Hargett*, 293 AD2d 757). Santucci, J.P., O'Brien, McGinity and Townes, JJ., concur.